# United States District Court
# For The Western District of North Carolina
# Asheville Division

Dwight A. Rudisill,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                         1:10cv253

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/2/10 Order.

                                                       Signed: November 2, 2010

                                                       Frank G. Johns, Clerk
                                                       United States District Court